**No. 09-9235. Roy L. Woodson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1046, 131 S. Ct. 35, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5623.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3551.